IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



WALTER R. SLONE, SR., ET AL.                               PLAINTIFFS

VS.                         CIVIL ACTION NO. 3:06CV117-HTW-JCS

JACKSON-HINDS COMP
HEALTH CENTER, ET AL.                                      DEFENDANTS

## ORDER OF DISMISSAL

**THIS CAUSE** came hearing before this Court on May 3, 2007 on the City of Jackson's Motion to Dismiss this civil action with prejudice, and the Court, having considered said Motion, conducted a status conference and heard testimony from the parties, is of the opinion that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the City of Jackson, one of the Defendants in this matter, is dismissed with prejudice from this United States District Court civil action (Number 3:06CV117 HTW-JCS), with each party to bear its own costs.

**SO ORDERED** this the 12th day of September, 2007.

_____
UNITED STATES DISTRICT JUDGE